CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7177
    Facsimile: (415) 436-7234
    molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YANG LIU AND ESTEBAN KERGUELEN,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES (USCIS),<br><br>        Defendant. | Case No. 3:26-cv-01002-SK<br><br>**STIPULATION TO STAY PROCEEDINGS;<br>ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until June 5, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed this mandamus action seeking adjudication of their Form I-130, Petition for Alien Relative, and Form I-485, Application to Register Permanent Residence or Adjust Status. Dkt. No. 1. United States Citizenship and Immigration Services ("USCIS") interviewed Plaintiff Liu on March 27, 2025, on his Form I-485 application. USCIS needs additional time to conduct post-interview review.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until June 5, 2026, at which time the parties will file a joint status report with the Court. At that time, the

Stipulation to Stay; Order
Case No. 3:26-cv-01002-SK                       1

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 6, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: April 6, 2026

*/s/ Andy Liu*
ZHENG "ANDY" LIU
Aptum Law
Attorney for Plaintiffs

## ORDER

Pursuant to the parties' stipulation and for good cause shown, the Court HEREBY STAYS this case until June 5, 2026.  The parties shall file a joint status report by June 5, 2026.

**IT IS SO ORDERED.**

Date: April 6, 2026

HON. SALLIE KIM
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay; Order
Case No. 3:26-cv-01002-SK                    2