UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YANG LIU, et al.,

        Plaintiffs,

    v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICE (USCIS),

        Defendant.

Case No.  26-cv-01002-SK

**ORDER DISMISSING CASE
WITHOUT PREJUDICE**

Regarding Docket No. 11

On May 30, 2026, Plaintiffs Yang Liu and Esteban Kerguelen filed a notice of voluntary dismissal pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).  (Dkt. No. 11.)  Defendant have not served an answer or a motion for summary judgment.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, the Court DISMISSES this case WITHOUT PREJUDICE.  Each party shall bear its own fees and costs.  All case deadlines and hearings are VACATED.  The Clerk is instructed to close this file.

    **IT IS SO ORDERED**.

Dated: June 1, 2026



SALLIE KIM
United States Magistrate Judge